# IN THE UNITED STATES DISTRICT COURT
# FORTHE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| PAULETTE WEBSTER,              ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| v.              ) | Case No. 2:11-cv-00018-LGW-JEG |
| ) | |
| ENHANCED RECOVERY              ) | |
| COMPANY, LLC, AKA              ) | |
| ENHANCED RECOVERY              ) | |
| CORPORATION              ) | |
| ) | |
| Defendant.              ) | |
| ) | |

### DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S MOTION TO DISMISS

DEFENDANT ENHANCED RECOVERY COMPANY, LLC (the "Defendant") pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, moves this Court for an Order dismissing Plaintiff's this case with prejudice for the reasons set forth in the attached Memorandum of Law in Support of Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 5th day of January, 2012.

                GILBERT, HARRELL, SUMERFORD &
                MARTIN, P.C.

                By:    */s Jeffrey S. Ward*_____

777 Gloucester Street, Suite 200        Jeffrey S. Ward
P.O. Box 190                               Georgia Bar No. 737277
Brunswick, GA 31520
Telephone:  (912) 265-6700            **ATTORNEYS FOR THE DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT**
**FORTHE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| PAULETTE WEBSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-cv-00018-LGW-JEG |
| | ) | |
| ENHANCED RECOVERY | ) | |
| COMPANY, LLC, AKA | ) | |
| ENHANCED RECOVERY | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

   I do hereby certify that I have filed the foregoing **Defendant's Enhanced Recovery Company, LLC's Motion to Dismiss** with prejudice has been filed with the Clerk of Court using the CM/ECF system, and has been served upon the following counsel of record for all parties on this 5th day of January, 2012 by First Class Mail postage pre-paid:

>    Paulette Webster
>    702 Avalon Ave.
>    Brunswick, FA 31523

This 5th day of January, 2012.

>    GILBERT, HARRELL, SUMERFORD &
>    MARTIN, P.C.
>
>    By:   /s Jeffrey S. Ward
>           Jeffrey S. Ward
>           Georgia Bar No. 737277

777 Gloucester Street, Suite 200
P.O. Box 190
Brunswick, GA 31520
Telephone:  (912) 265-6700           **ATTORNEYS FOR THE DEFENDANT**