# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| PAULETTE WEBSTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | CV 211-018 |
| ENHANCED RECOVERY | * | |
| COMPANY, LLC, AKA | * | |
| ENHANCED RECOVERY | * | |
| CORPORATION | * | |
| | * | |
| Defendant. | * | |

## ORDER

Presently before the Court is Defendant Enhanced Recovery Company, LLC, aka, Enhanced Recovery Corporation's ("Enhanced") Motion to Dismiss Plaintiff Paulette Webster's Complaint. Dkt. No. 26.  The Magistrate Judge ordered that the Plaintiff file any objection to Enhanced's motion within twenty-one (21) days of January 10, 2012. Dkt. No. 27.  The Magistrate Judge informed the Plaintiff that if she failed to respond within twenty-one (21) days, the Court would determine that there was no opposition to the motion and could grant the motion.  Plaintiff did not file an objection to Enhanced's motion within this time frame.  The undersigned has reviewed the Motion to Dismiss and finds that it is meritorious.  Accordingly, Enhanced's Motion to

AO 72A
(Rev. 8/82)

1

Dismiss is **GRANTED** (Dkt. No. 26), and Plaintiff's Complaint is hereby **DISMISSED.**  The Clerk of Court is directed to close the case and enter an appropriate judgment.

      **SO ORDERED**, this 6th day of February, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)