AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PAULETTE WEBSTER,

                                  JUDGMENT IN A CIVIL CASE

          v.                    CASE NUMBER:   CV211-018

ENHANCED RECOVERY
COMPANY, LLC, AKA
ENHANCED RECOVERY
CORPORATION,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated February 6, 2012, granting Defendant's Motion to Dismiss, judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____

Date: Feby 7, 2012

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03